Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Thomas Hanway

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| THOMAS HANWAY, | Case No.: 8:16-cv-01973-MRW |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: May 19, 2017

_____
THE HONORABLE MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE

DATE: May 18, 2017          Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Cyrus Safa*
                        BY:_____
                            Cyrus Safa
                            Attorney for plaintiff Thomas Hanway

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 8:16-CV-01973-FMO-MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 18, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*

_____
Cyrus Safa
Attorneys for Plaintiff
_____